STATE OF LOUISIANA

VERSUS

VINCENT GOFFNER, JACOREY DAVIS,
AND MALIK RODRIGUE

NO. 23-K-403

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

August 18, 2023

Susan Buchholz
Chief Deputy Clerk

---

**ON APPLICATION FOR REHEARING**

---

Panel composed of Susan M. Chehardy,
Marc E. Johnson, and John J. Molaison, Jr.

**<u>DENIED WITH REASONS</u>**

> **JJM**
> **SMC**
> **MEJ**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

STATE OF LOUISIANA                          NO. 23-K-403

VERSUS                                      FIFTH CIRCUIT

VINCENT GOFFNER, JACOREY                    COURT OF APPEAL
DAVIS, AND MALIK RODRIGUE
                                            STATE OF LOUISIANA


**REHEARING DENIED WITH REASONS**

The State's writ application in this matter specifically assigned as error the trial court's August 16, 2023 ruling that granted the defendant's motion to exclude evidence previously admitted as res gestae/404(B) evidence on April 10, 2023. The State's application, in our reading, did not seek an untimely rehearing of our disposition in 23-K-179 (La. App. 5th Cir. 4/7/23), which was granted in the State's favor, and which is also final and definitive. Nor did the application seek a second review of the trial court's April 10, 2023 ruling, which would obviously be untimely under Uniform Rules, Courts of Appeal, Rule 4-3.

To reiterate, the writ is granted and the trial court's ruling of August 16, 2023 is vacated. Should the defendant re-urge this issue, we instruct that the State must perform the basic task of specifically identifying the evidence it intends to introduce at trial. In turn, the defendant must specify what evidence he seeks to exclude under La. C.E. art. 404(B)(i) and (ii). Presented with identifiable exhibits and specific challenges thereto for consideration, the trial court, as per customary procedure, shall make a ruling on admissibility for each identified exhibit, specifically and individually.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/18/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-K-403**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Gregory Q. Carter (Respondent)          Thomas J. Butler (Relator)
                                        Darren A. Allemand (Relator)

### MAILED

Joseph L. Perez (Respondent)           Honorable Paul D. Connick, Jr. (Relator)
Price Quenin (Respondent)              District Attorney
Attorney at Law                        Twenty-Fourth Judicial District
848 Second Street                      200 Derbigny Street
Third Floor                            Gretna, LA 70053
Gretna, LA 70053